|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 31, 2026

Ms. Norah Bringer
U.S. Department of Justice
Tax Division, Appellate Section
P.O. Box 502
Washington, DC 20044

    Re:  Case No. 25-5694
        *FedEx Corporation v. USA*
        Originating Case No. 2:20-cv-02794

Dear Counsel,

   The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **May 13, 2026**.

                      Sincerely,

                      s/Kelly Stephens
                      Appeal Case Manager: Michelle
                      Direct Dial No. 513-564-7035

cc: Mr. Christopher P. Bowers
   Mr. Clint Carpenter
   Mr. George Millington Clarke III
   Mr. Roderick K. Donnelly
   Mr. Shay Dvoretzky
   Mr. Rocco V. Femia
   Mr. Joseph Brant Judkins
   Mr. Scott Jeffrey Lee
   Mr. Raj Madan
   Ms. Lisandra Ortiz
   Mr. Thomas M. Peterson
   Mr. Joshua Rabon

Mr. Cameron Reilly
Mr. Parker Andrew Rider-Longmaid
Mr. Jeffrey Tebbs
Ms. Sylvia Tsakos
Mr. Christopher J. Walker